IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CINDY C. ABBOTT and TRAVIS ABBOTT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.  09-CV-03261 |
| | ) | |
| SANGAMON COUNTY, a Body Politic, | ) | |
| NEIL WILLIAMSON, Sheriff, Sangamon | ) | |
| County, Illinois, and TROY M. SWEENEY, | ) | |
| Deputy Sheriff, Sangamon County, Illinois, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED COMPLAINT

NOW COME the Plaintiffs, CINDY C. ABBOTT and TRAVIS ABBOTT, by and

through their counsel, Michael J. Costello, and for their Amended Complaint complaining of the

Defendants, Sangamon County, Illinois, a Body Politic, Neil Williamson, Sheriff of Sangamon

County, Illinois, and Troy M. Sweeney, Deputy Sheriff of Sangamon County, Illinois,

respectfully state as follows:

## COUNT I

### (Unlawful Arrest Without Warrant, Unlawful Use of Excessive Force and False

### Imprisonment)

NOW COMES the Plaintiff, CINDY C. ABBOTT, by and through her counsel, Michael

J. Costello, and for her Amended Complaint complaining of the Defendants, Sangamon County,

Illinois, a Body Politic, Neil Williamson, Sheriff of Sangamon County, Illinois, and Troy M.

Sweeney, Deputy Sheriff of Sangamon County, Illinois, respectfully states as follows:

1.      On or about June 25, 2007, the Plaintiff, Cindy C. Abbott, was at all times

mentioned herein is a citizen of the United States and a resident of the County of Sangamon

County, State of Illinois  residing at 1789 Lyons, Riverton, Illinois.

2.      On or about June 25, 2007, the Plaintiff, Travis Abbott, and at all times mentioned herein is a citizen of the United States and a resident of the County of Sangamon County, State of Illinois  residing at 1789 Lyons, Riverton, Illinois.

3.      On or about June 25, 2007, the Defendant, Sangamon County, Illinois was and still is a political subdivision of the State of Illinois, organized and existing under and by virtue of the laws of the State of Illinois and at all times mentioned herein was acting under color of state law and is charged with enforcing the laws of the State of Illinois.

4.      On or about June 25, 2007 the Defendant, Neil Williamson, was and is at all times hereinafter Sheriff of Sangamon County, Illinois and at all times mentioned herein was acting in his official capacity and acting under color of state law on behalf of Sangamon County, Illinois as a law enforcement agent to enforce the laws of the State of Illinois as the agent of Sangamon County.

5.      On or about June 25, 2007 the Defendant and Troy M. Sweeney, Deputy Sheriff of Sangamon County, Illinois, was acting in his official capacity upon behalf of the Defendant Sangamon County, Illinois and upon behalf of Neil Williamson, Sheriff of Sangamon County, Illinois and at all times mentioned herein was acting under color of state law and was acting as a law enforcement agent to enforce the laws of the State of Illinois.

### Jurisdiction, Venue and Causes of Action

6.      This action arises under 42 U.S.C. § 1983 to address the deprivation under color of state law of the rights, privileges and immunities secured by the Constitution of the United States as applied to the State's through the Fourteenth Amendment to the Constitution of the United States, and the Constitution of the State of Illinois, in that the Defendants and each of them violated the constitutional rights of the Plaintiff by their action when the Plaintiff was in

their care, custody and control prior to, at the time of, and subsequent to the events complained herein.

7.     On or about June 25, 2007,a t 1789 Lyons, Riverton, County of Sangamon, Illinois the Defendants and each of them were investigating a purported violation of the Animal Control Act, along with agents of the Animal Control Act, Department of Public Health, Sangamon County, Illinois, with other local law enforcement agents pertaining to a dog owned by the Plaintiff at 155 Lyons Street, City of Riverton, Sangamon County, Illinois.

8.     The Plaintiff kept inquiring in a peaceful manner to the Defendant Sweeney what violation had and were occurring, but notwithstanding the remonstrance of the Plaintiff, the Defendant Sweeney refused to give any explanations but rather insisted upon Plaintiff's arrest.

9.     The Plaintiff was advised that Plaintiff was interfering with a police investigation and Troy M. Sweeney, Deputy Sheriff of Sangamon County, Illinois, forcibly, and unlawfully utilized a taser against the Plaintiff with illegal and excessive force to the Plaintiff, rendering the Plaintiff senseless, knocking the Plaintiff to the ground against Plaintiff's will and consent, and thereupon arrested Plaintiff, took Plaintiff into custody, detained Plaintiff, deprived Plaintiff of freedom and locomotion, and transported the Plaintiff to jail where Plaintiff was imprisoned for approximately eight hours.

10.     Prior to, at the time of Plaintiff's arrest, Plaintiff was acting in a quiet, peaceful and law-abiding manner and had not committed, nor was Plaintiff committing any offense.

11.     The Defendants implemented a policy for taser use which permitted and guaranteed the unlawful use of excessive force and alternatively if the policy is considered to be reasonable then the Defendants violated the Policy.

12.     Finally to demonstrate the unlawful and illegal conduct of the Defendants, Deputy Sweeney drove his police vehicle into the Jeep of the Plaintiff causing property damage.

13.     The Plaintiff, Cindy C. Abbott was unlawfully arrested for the offense of resisting a police officer pursuant to 720 ILCS 5/31-1 and the Plaintiff, Travis Abbott was unlawfully arrested for the offenses of assault, attempted escape and resisting arrest pursuant to 720 ILCS 5/12-1, 5/31-7, and 5/31-1 respectively.

14.     By reason of the acts and conduct of the Defendants and each of them, Plaintiff was caused to and did suffer personal injuries, did suffer great shock to the nervous system, emotional distress and injury, great humiliation and embarrassment and was thereby damaged in Plaintiff's reputation all of which are permanent.

15.     As a result of the actions of the Defendants and each of them, the Plaintiff requests that Plaintiff be awarded Plaintiff's attorney's fees to be paid by the Defendants and each of them pursuant to 42 U.S.C § 1988.

16.     The cruel and unusual punishment inflicted upon the Plaintiff while prior to, at the time of, and subsequent to the arrest and while in Defendants care, custody and control was done in a willful, malicious and wanton manner for which the Plaintiff requests exemplary damages.

WHEREFORE, the Plaintiff, CINDY C. ABBOTT, moves for Judgment against the Defendants, Sangamon County, Illinois, a Body Politic, Neil Williamson, Sheriff of Sangamon County, Illinois, and Troy M. Sweeney, Deputy Sheriff of Sangamon County, Illinois for damages allowable by law and in addition punitive damages in excess of Fifty Thousand Dollars.

## COUNT II

### (Unlawful Arrest Without Warrant, Unlawful Use of Excessive Force and False Imprisonment)

NOW COMES the Plaintiff, TRAVIS ABBOTT, by and through his counsel, Michael J. Costello, and for his Amended Complaint complaining of the Defendants, Sangamon County, Illinois, a Body Politic, Neil Williamson, Sheriff of Sangamon County, Illinois, and Troy M. Sweeney, Deputy Sheriff of Sangamon County, Illinois, respectfully states as follows:

1-16.   The Plaintiff repeats, realleges and adopts paragraphs 1-16 of Count I as and for paragraphs 1-16 of Count II and expressly incorporates the same herein by reference as though set forth in full as in *haec verba*.

WHEREFORE, the Plaintiff, TRAVIS ABBOTT, moves for Judgment against the Defendants, Sangamon County, Illinois, a Body Politic, Neil Williamson, Sheriff of Sangamon County, Illinois, and Troy M. Sweeney, Deputy Sheriff of Sangamon County, Illinois for damages allowable by law and in addition punitive damages in excess of Fifty Thousand Dollars.

CINDY C. ABBOTT and TRAVIS ABBOTT, Plaintiffs


s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.:  (217) 544-7500
costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 19th day of January, 2010.


Matthew A. Lurkins
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

                                    s/ Michael J. Costello
                                    _____


Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.:  (217) 544-5500
ARDC No.:  522627