E-FILED
 Thursday, 05 January, 2012  03:25:10 PM
           Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CINDY C. ABBOTT and TRAVIS ABBOTT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  09-3261 |
| ) | |
| SANGAMON COUNTY, a Body Politic, ) | |
| NEIL WILLIAMSON, Sheriff, Sangamon ) | |
| County, Illinois; and TROY M. SWEENEY, ) | |
| Deputy Sheriff, Sangamon County, Illinois, ) | |
| ) | |
| Defendants. ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

On November 3, 2011, this Court granted summary judgment in favor of Defendant Troy M. Sweeney and against Plaintiff.  See d/e 44. On December 21, 2011, this Court denied Plaintiff's Motion to Alter or Amend Judgment.  The only remaining Defendants are the County of Sangamon and Sheriff Neil Williamson.  Plaintiff has filed a Motion to Voluntary Dismiss Defendants County of Sangamon and Sheriff Neil Williamson (Motion) (d/e 46).  Defendants have filed no objection to the Motion.

Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Motion (d/e 46) is GRANTED and Defendants County of Sangamon and Sheriff Neil Williamson are DISMISSED.  Plaintiff did not indicate whether the dismissal should be with or without prejudice.  Rule 41(a)(2) provides that unless the order states otherwise, a dismissal under Rule 41(a)(2) shall be without prejudice.  The dismissal is without prejudice.  SO ORDERED.  CASE CLOSED.

ENTER:   January 5, 2012

FOR THE COURT:

                                      s/Sue E. Myerscough
                                      SUE E. MYERSCOUGH
                        UNITED STATES DISTRICT JUDGE