# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**CINDY C. ABBOTT**
**TRAVIS ABBOTT**     )
                      )
                      )
     vs.           )     Case Number: **09-3261**
                      )
                      )
**SANGAMON COUNTY**   )
**NEIL WILLIAMSON**
**TROY M. SWEENEY**

### JUDGMENT IN A CIVIL CASE

**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XXX  DECISION BY THE COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**   pursuant to an opinion entered on November 3, 2011, Summary Judgment was granted. in favor of Deputy Sweeney and against the Plaintiffs.

Pursuant to an opinion entered on 1/5/2012 plaintiff's motion to dismiss Defendants County of Sangamon, IL, and Sheriff Neil Williamson was granted.  Case dismissed without prejudice.


**Dated:**  January 5, 2012


                                          s/ Pamela E. Robinson
                                          Pamela E. Robinson
                                          Clerk, U.S. District Court