# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **CINDY C. ABBOTT** | | **A M E N D E D   J U D G M E N T** |
| **TRAVIS ABBOTT** | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case Number: **09-3261** |
| | ) | |
| | ) | |
| **SANGAMON COUNTY** | ) | |
| **NEIL WILLIAMSON** | | |
| **TROY M. SWEENEY** | | |

### JUDGMENT IN A CIVIL CASE

**JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XXX DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an opinion entered on November 3, 2011, Summary Judgment was granted. in favor of Deputy Sweeney and against the Plaintiffs.

Pursuant to an opinion entered on 1/5/2012 plaintiff's motion to dismiss Defendants County of Sangamon, IL, and Sheriff Neil Williamson was granted. Defendants County of Sangamon, IL, and Sheriff Neil Williamson dismissed without prejudice.

**Dated:** January 5, 2012

                                                         s/ Pamela E. Robinson
                                                         Pamela E. Robinson
                                                         Clerk, U.S. District Court