# VERDICT FORM

As to Cindy Abbott's claim against Troy Sweeney for excessive force, we the jury, find the following:

Did Troy Sweeney violate Cindy Abbott's constitutional rights by using an unreasonable amount of force in his efforts to arrest her?

Yes ____
No  X

If yes, we assess damages as follows:

Compensatory    $ —0—
Punitive        $ —0—

s/Foreperson
Foreperson

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror